LEWIS BENNETT, Respondent, *v.* IRON CLAD MANUFACTURING COMPANY, Appellant.

*Bennett v. Iron Clad Manfg. Co.* 90 App. Div. 611, appeal dismissed.
(Submitted May 31, 1904; decided June 7, 1904.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 28, 1904, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to hear the appeal.

*Risley & Love* for motion.

*Robert W. Hardie* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

EDWARD J. DE COPPET et al., as Executors of ERNEST F. WALTON, Deceased, Respondents, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Appellants.

(Submitted May 31, 1904; decided June 7, 1904.)

Motion for reargument denied, with ten dollars costs. (See 178 N. Y. 605.)